

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MIGUEL A. MORENOESCOBAR,

    Petitioner,

v.                              Civil Action No. 3:07CV415

OFFICE OF EXEC. SECRETARY,
DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Respondents.

### MEMORANDUM OPINION

By Memorandum Order entered on August 2, 2007, the Court conditionally docketed Morenoescobar's action. In the August 2, 2007 Memorandum Order, the Court informed Morenoescobar that he must keep the Court advised of his current address. The Court warned Morenoescobar that the Court would dismiss the action if he failed to keep the Court informed of his current address. On March 7, 2008, the Memorandum Order entered on February 27, 2008, was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Morenoescobar's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Morenoescobar's last known address.

It is so ORDERED.

/s/  REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 25, 2008